**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                  **ORDER**
                                                  Criminal File No. 05-282 (MJD/SRN)

(2) PHILIP MACH,

      Defendant.
_____

**IT IS HEREBY ORDERED** that:

The arraignment of Defendant Philip Mach, currently scheduled for September 15, 2005, is continued for two weeks, until September 29, 2005, at 9:00 a.m.


Dated:  September 12, 2005                  s/ Michael J. Davis
                                                         Judge Michael J. Davis
                                                         United States District Court