# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

                          **ORDER**
                          Criminal File Nos. 05-282(2) (MJD/JJG), 06-302(1) (MJD)

PHILIP MACH,

      Defendant.

_____

This matter is before the Court on Defendant Philip Mach's Letter Request to Terminate Supervised Release. Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.  Defendant Philip Mach's Letter Request to Terminate Supervised Release is **GRANTED**.

2.  As of the date of this Order, Mach is discharged from supervised release in this case.

Dated:  July 19 2010                  s/ Michael J. Davis
                                          Michael J. Davis
                                          Chief Judge
                                          United States District Court